IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

| | | |
|---|---|---|
| **MARY BUTLER TEAGUE** | * | CIVIL ACTION |
| | * | |
| **VERSUS** | * | NO.: 5:22-cv-84-DCB-FKB |
| | * | |
| **BRANDON TYLER HENDERSON,** | * | JUDGE: David C. Bramlette, III |
| **SOUTHERN LINE CONTRACTORS,** | * | |
| **INC., AND GREENWICH** | * | SECTION: |
| **INSURANCE COMPANY** | * | |
| | * | MAGISTRATE: F. Keith Ball |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

**COMPLAINT AND JURY DEMAND**

**NOW INTO COURT,** through undersigned counsel, comes plaintiff, **Mary Butler Teague**, a person of the full age of majority, domiciled and residing in the State of Louisiana, Parish of Jefferson, who respectfully represents the following:

**Defendants**

**I.**

Named defendants herein are:

A. **Brandon Tyler Henderson**, a person of the full age of majority, residing in Lyerly, Georgia, and at all times mentioned herein the operator of a 2019 Freightliner vehicle at the time of the subject automobile accident;

B. **Southern Line Contractors, Inc.**, a Georgia corporation authorized to do and/or doing business in the State of Mississippi, and at all times mentioned herein the owner of the 2019 Freightliner vehicle operated by defendant, **Brandon Tyler**

**Henderson**, and the employer of defendant, **Brandon Tyler Henderson**, at the time of the subject automobile accident; and,

C. **Greenwich Insurance Company**, a foreign insurance company, formed under the laws of the State of Delaware, whose principal place of business is in Stamford, Connecticut, authorized to do and doing business in the State of Mississippi, and at all times mentioned herein, the liability insurance carrier of the above-named defendants, covering the loss complained of herein, including the damages caused by the above-named defendants.

## II.

In the event it is discovered at a later date that the name of any party herein is incorrect, plaintiff reserves her right to supplement and amend this petition to correct such information.

## **Diversity**

## III.

This suit is between citizens of different states and complete diversity of citizenship exists for the purpose of jurisdiction under 28 U.S.C. § 1332.

## IV.

The plaintiff, Mary Butler Teague, is citizen of, and domiciled in, the State of Louisiana. Mrs. Teague is diverse from all adverse parties to this action.

## V.

Defendant, Brandon Tyler Henderson, is a citizen of, and domiciled in, Lyerly, Georgia. Mr. Henderson is diverse from all adverse parties to this action.

## VI.

Defendant, Southern Line Contractors, Inc., is a foreign corporation, formed under the laws of the State of Georgia, whose principal place of business is in Roopville, Georgia. Southern Line Contractors, Inc. is diverse from all adverse parties to this action.

## VII.

Defendant, Greenwich Insurance Company, is a foreign insurance company, formed under the laws of the State of Delaware, whose principal place of business is in Stamford, Connecticut. Greenwich Insurance Company is diverse from all adverse parties to this action.

## **Jurisdiction**

## VIII.

This Honorable Court has jurisdiction over this action under 28 U.S.C. § 1332 in that it is a civil action wherein the amount in controversy exceeds $75,000.00, exclusive of interests and costs, and this suit is between citizens of different states.

## IX.

The subject automobile accident occurred in the County of Lincoln, City of Brookhaven, State of Mississippi. Therefore, venue is proper in the Southern District, Western Division, pursuant to 28 U.S.C. § 104(b)(4).

## X.

This Honorable Court has personal jurisdiction over defendants, Brandon Tyler Henderson, Southern Line Contractors, Inc., and Greenwich Insurance Company, as all

acts complained of transpired in the County of Lincoln, City of Brookhaven, State of Mississippi.

## Factual Allegations

### XI.

On or about August 30, 2021, plaintiff, **Mary Butler Teague,** was safely and prudently operating her 2018 Nissan Altima vehicle southbound on, or about, the left travel lane of I-55 in the in the County of Lincoln, City of Brookhaven, State of Mississippi.

### XII.

At approximately the same time, defendant, **Brandon Tyler Henderson,** was operating a 2019 Freightliner vehicle southbound on, or about, the right travel lane of I-55, when suddenly, and without warning, the vehicle operated by Mrs. Teague was struck violently by the vehicle being operated by Mr. Henderson, which had veered over from the right travel lane, and into the travel lane occupied by Mrs. Teague, causing the vehicle of Mrs. Teague to strike another vehicle on the roadway.

### XIII.

The accident in question was caused solely by fault, negligence, recklessness, and wanton disregard for safety of defendant, **Brandon Tyler Henderson,** in the following non-exclusive particulars:

    a. Careless operation;

    b. Veering into another lane of travel;

    c. Failing to maintain adequate distance between vehicles;

    d. Following too closely;

  e. Failure to yield the right of way;

  f. Failing to exercise due care and caution for the safety of others;

  g. Failing to see what he should have seen, and/or failing to heed what he did see;

  h. Failing to exercise due diligence;

  i. Driving in a careless and reckless manner and/or at an excessive and dangerous rate of speed;

  j. Failing to keep his vehicle under control;

  k. Failing to maintain his vehicle in proper working condition;

  l. Failing to act to avoid an accident;

  m. Inattentiveness; and,

  n. Such other acts of commission or omission which constitute negligence and which may be proven at trial of this matter.

All of the foregoing acts of negligence were in violation of the laws of the State of Mississippi, which are pleaded and adopted by this reference as if set forth here *in extenso*.

## XIV.

The accident in question was caused by the fault, negligence, recklessness, and wanton disregard for safety of defendants, **Southern Line Contractors, Inc.** and/or by its actions and/or failure to act through its agents, servants, and/or employees for whom it is responsible, who were within the course and scope of their employment at the time of the accident made the basis of this action, namely defendant **Brandon Tyler Henderson**, in the following non-exclusive particulars:

    a. Failing to properly and adequately oversee its agents, servants, and/or employees;

    b. Negligent entrustment; and,

    c. Such other acts of commission or omission which constitute negligence and which may be proven at trial of this matter.

## XV.

At all pertinent times, **Greenwich Insurance Company** provided coverage and had in effect a policy of liability insurance coverage insuring defendants, **Brandon Tyler Henderson** and **Southern Line Contractors, Inc.**, and the vehicle operated by **Brandon Tyler Henderson**, at the time of the subject accident, for the type of damages sought herein, and **Greenwich Insurance Company** is thus liable as a party defendant.

## XVI.

As a result of the above described accident, plaintiff, **Mary Butler Teague**, suffered the following physical and mental damages:

    a. Physical injuries to her body, as a whole;

    b. Physical injuries to her neck, back, shoulders, arms, knees, legs, and head;

    c. Additional physical injuries that will appear over time;

    d. Past, present and future physical pain and anguish;

    e. Past, present, and future mental pain and anguish;

    f. Loss of enjoyment of life;

    g. Loss of consortium;

    h. Past, present, and future medical expenses;

    i. Disability;

    j. Property damages including costs of repair, loss of use, and diminution of value; and

    k. All other damages to be established and proven at trial.

## XVII.

As a result of the above described injuries, plaintiff is entitled to recover amounts of money commensurate with those injuries and damages, all as are reasonable under the premises. The extent and amount of those damages exceed the requisite amount for trial by jury, as will be shown through discovery and proved at the trial on the merits of the cause herein.

## **Jury Demand**

## XVIII.

Plaintiff prays for and is entitled to a trial by jury on all issues herein.

**WHEREFORE**, plaintiff, **Mary Butler Teague**, prays this Complaint be filed, that the defendants, **Brandon Tyler Henderson**, **Southern Line Contractors, Inc.**, and **Greenwich Insurance Company** be served with a copy of this Complaint, and that after all proceedings, that there be judgment in favor of plaintiff, and against defendants, for all amounts commensurate with her respective damages, all as are reasonable under the premises, to be determined by a trial by jury; said judgment against defendants, jointly, severally and *in solido,* together with legal interest thereon, from the date of judicial demand until paid, and for all costs of these proceedings, for all attorney's fees, expert fees, for trial by jury, and for all other due just, general, and equitable relief.

This the 14th day of October, 2022.

/s/ W. Andrew Neely
W. ANDREW NEELY, #102168
**STRACENER & NEELY**
2906 North State Street, Suite 200 (39216)
Post Office Box 4936
Jackson, Mississippi 39296-4936
Phone: (601) 206-0885
Email: andrew@sn-law.net