# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### WESTERN DIVISION

| | |
|---|---|
| **MARY BUTLER TEAGUE** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| **VERSUS** ) | **CAUSE No. 5:22-cv-84-DCB-ASH** |
| ) | |
| **BRANDON TYLER HENDERSON,** ) | |
| **SOUTHERN LINE CONTRACTORS,** ) | |
| **INC., AND GREENWICH INSURANCE** ) | |
| **COMPANY** ) | |
| ) | |
| **Defendants** ) | |

## AGREED ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO DISMISS GREENWICH INSURANCE COMPANY

**THIS CAUSE**, having come on before the Court this day on the motion of Defendants, Greenwich Insurance Company, Brandon Henderson, and Southern Line Contractors, to dismiss all claims against Greenwich Insurance Company. The Court, being advised that the parties consent and agree to the entry of this order, finds the motion is well taken.

IT IS THEREFORE ORDERED AND ADJUDGED that Defendant Greenwich Insurance Company be and is hereby dismissed from this action, with each party to bear its own costs, reserving Plaintiff's rights against the remaining Defendants.

SO ORDERED this the 3rd day of April, 2024.

s/David Bramlette
DAVID BRAMLETTE III
UNITED STATES DISTRICT JUDGE

-2-

**AGREED AS TO FORM AND SUBSTANCE AND ENTRY REQUESTED:**

| | |
|---|---|
| **BRANDON TYLER HENDERSON, SOUTHERN LINE CONTRACTORS, INC., AND GREENWICH INSURANCE COMPANY** | **MARY BUTLER TEAGUE** |
| By:  /s/ Patrick T. Bergin<br>Patrick T. Bergin<br>Mississippi Bar No. 9482<br>patrick.bergin@butlersnow.com<br>BUTLER SNOW LLP<br>1300 25th Avenue, Suite 204<br>Gulfport, Mississippi 39501<br>Telephone: 228.575.3000<br>Facsimile: 228.868.1531<br><br>Lea Ann Smith<br>Mississippi Bar No. 100872<br>leann.smith@butlersnow.com<br>BUTLER, SNOW LLP<br>201 St. Charles Ave., Suite 2700<br>New Orleans, LA 70170<br>Tel: (504) 299-7700<br><br>**ATTORNEYS FOR DEFENDANTS** | By:  /s/ Matthew A. Mang<br>Matthew A. Mang, #34655<br>mam@lcba-law.com<br>LOBMAN CARNAHAN<br>400 Poydras Street, Suite 2300<br>New Orleans, LA  70130<br>Telephone:  504.586.9292<br>Facsimile:  504.586.1290<br><br>W. Andrew Neely, #102168<br>andrew@sn0-law.net<br>STRACENER & NEELY<br>2906 N. State St., Suite 200 (39216)<br>Post Office Box 4936<br>Jackson, MS  39296-4936<br>Telephone:  601.206.0885<br><br>**ATTORNEYS FOR PLAINTIFF** |