# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### WESTERN DIVISION

| | |
|---|---|
| **MARY BUTLER TEAGUE** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| **VERSUS** ) | **CAUSE No. 5:22-cv-84-DCB-ASH** |
| ) | |
| **BRANDON TYLER HENDERSON,** ) | |
| **SOUTHERN LINE CONTRACTORS,** ) | |
| **INC.,** ) | |
| ) | |
| **Defendants** ) | |

## AGREED ORDER OF VOLUNTARY DISMISSAL

This cause came to be heard on the joint *ore tenus* motion of the Plaintiff, Mary Butler Teague, and the Defendants, Brandon Tyler Henderson and Southern Line Contractors, Inc., for an Agreed Order of Voluntary Dismissal, after having reached a settlement of this case. This Court, having considered the same and having found that the parties have reached this voluntary agreement to dismiss all claims against the Defendants, Brandon Tyler Henderson and Southern Line Contractors, Inc. for an Agreed Order of Voluntary Dismissal, hereby rules as follows:

**ORDERED AND ADJUDGED** that this action be hereby dismissed with prejudice, including any and all current or potential claims which may relate to the alleged incident as between the Plaintiff and Defendants, Brandon Tyler Henderson and Southern Line Contractors, Inc. Each party shall bear their own costs.

SO ORDERED, this the 7th day of June, 2024.

s/David Bramlette
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:
Patrick T. Bergin, MB# 9482
BUTLER SNOW LLP
P. O. Drawer 4248
Gulfport, MS  39502
Telephone:  (228) 864-1170
Facsimile:   (228) 868-1531
E-mail:  patrick.bergin@butlersnow.com

and

Lea Ann Smith
BUTLER SNOW LLP
201 St. Charles Ave., Suite 2700
New Orleans, LA 70170
Tel.   504-299-7746
Fax:  504-299-7701
Email:  leaann.smith@butlersnow.com

*Attorneys for Defendants, Brandon Tyler Henderson and Southern Line Contractors, Inc.*

**AGREED TO:**

| _/s/ Patrick T. Bergin_ | _/s/ Matthew A. Mang_ |
|---|---|
| Patrick T. Bergin, MB# 9482 | Matthew A. Mang, #34655 |
| BUTLER SNOW LLP | mam@lcba-law.com |
| P. O. Drawer 4248 | LOBMAN CARNAHAN |
| Gulfport, MS  39502 | 400 Poydras Street, Suite 2300 |
| Telephone:  (228) 864-1170 | New Orleans, LA  70130 |
| Facsimile:   (228) 868-1531 | Telephone:  504.586.9292 |
| E-mail:  patrick.bergin@butlersnow.com | Facsimile:  504.586.1290 |
| | |
| Lea Ann Smith | W. Andrew Neely, #102168 |
| BUTLER SNOW LLP | andrew@sn0-law.net |
| 201 St. Charles Ave., Suite 2700 | STRACENER & NEELY |
| New Orleans, LA 70170 | 2906 N. State St., Suite 200 (39216) |
| Tel.   504-299-7746 | Post Office Box 4936 |
| Fax:  504-299-7701 | Jackson, MS  39296-4936 |
| Email:  leaann.smith@butlersnow.com | Telephone:  601.206.0885 |
| | |
| *Attorneys for Defendants, Brandon Tyler Henderson and Southern Line Contractors, Inc.* | *Attorneys for Plaintiff* |

87449784.v1